

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

The Spritz Grill & Bar, LLC,                * From the 32nd District Court
                                              of Nolan County,
                                              Trial Court No. 20677.

Vs. No. 11-24-00172-CV                      * January 16, 2025

Cintas Corporation No. 2,                   * Memorandum Opinion by Bailey, C.J.
                                              (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, we reverse the default judgment of the trial court, and we remand this cause to the trial court for further proceedings consistent with this opinion.   The costs incurred by reason of this appeal is taxed against Cintas Corporation No. 2.